BEFORE THE SECOND DIVISION, SEPTEMBER 29, 1943

**No. 48807.**—Protests 937265–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of hats in chief value of ramie, similar to those involved in Abstract 47291. In accordance therewith the claim was sustained as to this item.

**No. 48808.**—Protests 995923–G, etc., of Armand Schwab & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of hats in chief value of ramie, similar to those involved in Abstract 47291. In accordance therewith the claim was sustained as to this item.